# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

## CASE NO. 04-20098-Ml

## IMAGE REMOVED, NOT PART OF THIS CASE.